IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ALBERT WILLIAMS,

        Petitioner,

v.                                 4:06cv142-WS

JAMES R. MCDONOUGH,

        Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed September 18, 2007. See Doc. 19. The magistrate judge recommends that the respondent's motion for summary judgment (doc. 8) be granted and that the petitioner's petition for writ of habeas corpus (doc. 1) be dismissed. No objections have been filed.

Having carefully considered the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 19) is hereby ADOPTED and incorporated by reference in this order of the court.

2. The respondent's motion for summary judgment (doc. 8) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED for failure to exhaust.

4. The Clerk is directed to enter judgment accordingly.

DONE AND ORDERED this ___18th___ day of ___October___, 2007.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE